FILED
CLERK, U.S. DISTRICT COURT

MAY 2 2

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | CR 08-568 |
| Darryl Bullock DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of ___deft___, IT IS ORDERED that a detention hearing is set for ___Tuesday___, ___May 27, 08___ at ___2:30___ ☐ a.m. / ☒ p.m. before the Honorable ___RALPH ZAREFSKY___, in Courtroom ___#540 - Roybal___

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_____
(Other custodial officer)

Dated: ___5/22/08___

_____
U.S. ~~District Judge~~/Magistrate Judge

RALPH ZAREFSKY